**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BARBARA SUNITA PHILPOT,

          Plaintiff,

v.                                                                                  Case No:  6:16-cv-417-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's appeal of the Commissioner of Social Security's final decision to deny her application for disability insurance benefits and supplemental security income (Doc. 1) filed on March 11, 2016. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 14, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Plaintiff Barbara Sunita Philpot.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 7, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties